Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 24  AM 10: 12

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

_____ Division

| | |
|---|---|
| LIQUID EVENTS WORLDWIDE | Case No. _____ |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | *(to be filled in by the Clerk's Office)* Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| HOSTELING INTERNATIONAL | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | LIQUID EVENTS WORLDWIDE |
   | Street Address | 421 8TH AVENUE UNIT 522 |
   | City and County | NY NY |
   | State and Zip Code | NY 10116 |
   | Telephone Number | 202-985-2012 |
   | E-mail Address | LEGAL@LIQUIDEVENTSWORLDWIDE.COM |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
BREACH OF CONTRACT/AGREEMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* LIQUID EVENTS WORLDWIDE, is incorporated under the laws of the State of *(name)* NY, and has its principal place of business in the State of *(name)* NY.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

THE DEFENDANT.
5. THE DEFENDANT MUST PROVIDE THE PLAINTIFF/TENANT ALTERNATE HOUSE, DURRING THE ENTIRE LENGHT OF THIS CASE, EFFECTIVE UPON SIGNATURE OF THIS DOCUMENT.
6. THE DEFENDANT WILL SURRENDER AND DELIVER THE PLAINTIFFS PROPERTY WITH AN ITEMIZED LIST, OR BE INVOICED, SHOULD AN INVOICE OCCUR, PAYMENT IS DUE UPON RECIEPT. SO THE PLAINTIFF/TENANT CAN BEGIN REBUILDING FROM THE THEFT AND DAMAGES THE DEFNDANT CAUSED.

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  03/19/2022

Signature of Plaintiff
Printed Name of Plaintiff   LIQUID EVENTS WORLDWIDE MANAGING MEMBER / TENANT

**B.  For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

NEW YORK NY
21 MAR 2022 PM
FOREVER / USA

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 24 AM 10: 02

US District Court
500 Pearl St
NY, NY 10007

10007-131508

Pro Se (TMK)